IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEWAYNE DEAN NAUMANN AND THERESA CECILE GLOIER, <br> PLAINTIFFS, <br><br> V. <br><br> NEWREZ, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, <br> DEFENDANT. | § § § § § § § § § § | CAUSE NO. 1:20-CV-168-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing Plaintiffs Dewayne Dean Naumann's and Theresa Cecile Gloier's claims against Defendant NewRez, LLC with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that NewRez, LLC is awarded its costs of court.

SIGNED this _7th_ day of August, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE